**No. 09-9663. Miguel Vega-Colon, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2129, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3195.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9666. Emerson O. Davis, aka John Calvin, aka Stanford Robinson, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2129, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3142.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 587 F.3d 1300.

**No. 09-9670. Romaldo Acuna Gomez, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2129, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3171.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 583.

**No. 09-9671. Trevin Nunnally, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2129, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3264.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9672. Kevin Harris, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2129, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3146.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 493.

**No. 09-9674. Eleno Colin Feliciano, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2130, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3217.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 949.

**No. 09-9679. Cornelius Robinson, Petitioner v. United States.**

559 U.S. 1082, 130 S. Ct. 2130, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3151.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 615.

**No. 09-9681. Robert Smith, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2130, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3173,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 352 Fed. Appx. 84.